PD-0290-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/20/2015 12:00:00 AM
Accepted 7/20/2015 7:57:12 AM
ABEL ACOSTA
CLERK

## No. PD-0290-15

In the

## Court of Criminal Appeals
## Of the State of Texas

---

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PDR BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes John Dennis Clayton Anthony, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 287th Judicial District Court of Bailey County, Texas on May 21, 2015.

2. The case below was styled the STATE OF TEXAS vs. JOHN DENNIS CLAYTON ANTHONY, and numbered 2557.

3. Appellant was convicted of Sexual Assault of a Child, as a Felony offense.

4. Appellant was finally assessed a sentence of confinement for life in the Institutional Division of TDCJ.

5. The ruling of the Trial Court was overturned by the Seventh Court of Appeals in the opinion (to be) published: *Anthony v. State*, **07-13-00089-**CR, (Tex. App. – Amarillo – 2015).

6. The State filed for a Petition for Discretionary Review on March 18, 2105.

7. PDR was granted on May 20, 2015.

8. State's Brief on the Merits for the PDR was filed on June 15, 2015.

9. Upon receiving the State's Brief on the Merits, the Appellant created and presented to this Honorable Court with two separate substantive Motions to Supplement the record in this case. Each requested the inclusion of materials not included in the records. These materials are relevant to the Defense and directly responsive to the State's contentions. These motions were filed on June 30, 2015.

10. This Honorable Court denied both motions on July 9, 2015.

11. The Defense Brief on the Merits is presently due as of July 20, 2015.

12. Appellant requests an extension of time of 30 days to complete the required Appellant's Brief.

13 No previous extension to file this brief has been filed.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

*Troy Bollinger was appointed to represent the Appellant in the present case on May 21, 2015 (once the State's requested PDR was granted). Appellant's previous appellate attorney (for the initial appeal) was allowed to withdraw for medical reasons and has since retired. Thus, Appellate Counsel does not have the depth of exposure normal in most cases to reach this point. Counsel first saw any materials relevant to this case less than 60 days ago. Appellant's requests to ensure the thorough concentration this very serious case deserves.*

*Having identified the primary issues in the required briefing, Appellant created requested to supplement the record in this matter. This request was denied ten (10) days ago. Denial of those requests has required a restructure of the Defense approach from the "ground up".*

*Appellant's has received all the materials that will be available for the appeal and has proceeded in the presentation. Movant requests an extension only to Appellant the detail and attention thorough representation requires.*

12. This request is made not for the purpose of delay, but to see that justice is done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this

Court grant this Motion to Extend Time to File Appellant's Brief, and for such

other as the Court may deem appropriate.


Respectfully submitted,


By: */s/ TROY BOLLINGER*


Troy Bollinger


State Bar ID Number:  24025819
600 Ash Street
Plainview, TX, 79072
Telephone:  806-293-2618
Facsimile:  806-293-8802
troy@laneybollinger.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to **Tex. R. App. Pro. R. 9.5(a) & (e) and 68.11**, I certify that on or before July 20, 2015, Appellate Counsel served a copy of the attached document to the District Attorney's Office for Bailey County and the State's Assistant Prosecuting Attorney, and mailed a copy to Appellant, John Dennis Clayton Anthony.

 */s/ Troy Bollinger* .

*TROY BOLLINGER*
 *Counsel for the Appellant*